IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JONATHAN LARON FRIEND EL,        )
                                 )
        Petitioner,               )
                                 )
    v.                            )        1:15CV182
                                 )
HEAD SHERIFF WILLIAM T.          )
SCHATZMAN, et al.,               )
                                 )
        Respondent.               )

## ORDER

On March 3, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3 and 4.) Petitioner filed objections to the Recommendation. (Doc. 5.) Petitioner subsequently filed a document entitled "Petition to Quash for the Lack of Jurisdiction" (Doc. 6), which appears to restate arguments contained in Petitioner's Petition (compare id. at 1, with Doc. 2 at 2).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation. Given that the court has already

considered and rejected the arguments contained within Petitioner's Motion to Quash, it will also deny that Motion.

**IT IS THEREFORE ORDERED** that Petitioner's § 2241 Petition (Doc. 2) is **DISMISSED.** A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Quash (Doc. 6) is **DENIED.**

This the 21st day of April, 2015.

                                                   *William L. Osteen, Jr.*
                                                   United States District Judge